

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00723-CV

Jose I. **VILLARREAL**, P.E. D/B/A Villarreal Design Group,
Appellant

v.

David **VIGIL** and Kyndra Vigil,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-10913
Honorable Norma Gonzales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER all costs of this appeal assessed against appellant, Jose I. Villarreal, P.E. d/b/a Villarreal Design Group.

SIGNED February 12, 2025.

_____
Rebeca C. Martinez, Chief Justice